UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 16-540 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DETENTION ORDER |
| LUIS VENANCIO CUETO-RUIZ, | ) ) ) | |
| Defendant. | ) ) | |

Offense Charged: Possession of heroin, cocaine and methamphetamine, with intent to distribute, including one kilo or more of a mixture or substance containing cocaine.

Date of Detention Hearing:   December 27, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Complaint alleges that defendant, and the co-defendant, possessed with intent to distribute, 3.5 kilos of cocaine, 7 pounds of heroin, and 10 pounds of

DETENTION ORDER
PAGE -1

methamphetamine; and that an additional 10 kilos of cocaine was recovered from a cooler in their possession.

(2) Once probable cause is established, by the return of an indictment, or at a preliminary hearing, there will be a rebuttable presumption of detention.

(3) The complaint further alleges that, in negotiating for the sale of these controlled substances, defendant told the undercover agent, and the confidential source also involved in the negotiations, that he was working for a powerful Mexican drug cartel; and that if something went wrong with the deal, these people would cut off the heads of both of them.

(4) Defendant also allegedly negotiated with the undercover agent to purchase 60 to 100 firearms, to be delivered at the U.S. Mexico border.

(5) Defendant is alleged to be a citizen of Mexico, and to be present in this country illegally. Immigration and Customs Enforcement ("ICE") has lodged a detainer against him. Defendant has no known legitimate ties to this area or to the United States.

(6) Defendant declined to be interviewed by this court's Pretrial Services Officer.

(7) Defendant and his counsel offered nothing in opposition to the entry of a Detention Order.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER
PAGE -2

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this 27th day of December, 2016.

/s/John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3